UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-CV-00175

DARRYL K. MCMAHAN,

    Plaintiff,

v.

LOWELL S. GRIFFIN, in his official capacity as Sheriff of Henderson County; WESTERN SURETY COMPANY, as surety for the Sheriff; and KENNETH B. CLAMSER, individually and in his official capacity

    Defendants

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(c)
[Federal Question]

    Defendant Lowell S. Griffin ("Griffin") in his official capacity as Sherriff of Henderson County, Western Surety Company, as surety for the Sheriff, and Kenneth B. Clamser, in his official and individual capacities (together, "Defendants"), hereby file their Notice of Removal of this action from the North Carolina General Court of Justice, Superior Court Division, Buncombe County, to the United States District Court for the Western District of North Carolina, Asheville Division, pursuant to 28 U.S.C. § 1441(c). In support of this removal, Defendants state the following:

    1.    On July 22, 2022, Plaintiff filed a Complaint in Buncombe County Superior Court entitled *Darryl K. McMahan v. Lowell S. Griffin; Western Surety Company; and Kenneth B. Clamser*, in Case No. 22-CVS-02686 (the "State Court Action"). Copies of the Summons, Complaint, and Service of Process documentation, are collectively attached

hereto as **Exhibit A**. These documents constitute all "process, pleadings, and orders" served upon Defendants in the State Court Action as required by 28 U.S.C. § 1446(a).

2. Western Surety Company was served on July 28, 2022 and its deadline to respond is August 29, 2022.

3. Defendant Lowell Griffin was served on August 15, 2022, and Defendant Kenneth Clamser accepted service of the Summons and Complaint on August 16, 2022. Their responses to the Complaint are due on September 15, 2022 and September 16, 2022, respectively.

4. Accordingly, this Notice of Removal has been filed within thirty days of service of Plaintiff's Complaint upon Defendants. 28 U.S.C. § §1446(b)(2)(B), (C).

5. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This action includes claims under 42 U.S.C. § 1983 over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court in its entirety pursuant to 28 U.S.C. § 1441(c).

7. Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. § 1446(d), the same will be filed with the Superior Court of Buncombe County, North Carolina. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

8. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, without admitting that Plaintiff has standing, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever.

WHEREFORE, Defendants pray that the above-captioned action now pending against it proceed in this Court as an action properly removed.

Respectfully submitted, this the 26th day of August, 2022.

**WOMBLE BOND DICKINSON (US) LLP**

s/*Sean F. Perrin*
Sean F. Perrin (NCSB No. 22253)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone No. (704) 331-4992
Fax No. (704) 338-7814
E-mail: Sean.Perrin@wbd-us.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the CM/ECF system and mailed a copy to:

George B. Hyler, Jr.
Stephen P. Agan
Hyler & Agan
38 Orange Street
Asheville, NC 28801
*Counsel for Plaintiff*

This the 26th day of August, 2022.

s/ *Sean F. Perrin*